**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LMP B&B HOLDINGS, LLC,**<br>                    **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **TONY L. HANNAN,**<br>**MICHELE G. HANNAN,**<br>**B&B WORLDWIDE HOLDINGS, LLC,**<br>**and BRUNSWICK SQUARE, LLC,**<br>                    **Defendants.** | **NO.  19-385** |

<u>**O R D E R**</u>

**AND NOW**, this 13th day of September, 2019, upon consideration of Defendants'

Motion to Dismiss Complaint or, in the Alternative, to Transfer (Document No. 12, filed April 1,

2019) and Plaintiff LMP B&B Holdings, LLC's Response to Motion to Dismiss Complaint or, in

the Alternative, to Transfer (Document No. 17, filed April 26, 2019), for the reasons stated in the

accompanying Memorandum dated September 13, 2019, **IT IS ORDERED** that Defendants'

Motion to Dismiss Complaint or, in the Alternative, to Transfer is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference by telephone will

be scheduled in due course.

                                        **BY THE COURT:**

                                        **/s/ Hon. Jan E. DuBois**
                                        _____
                                             **DuBOIS, JAN E., J.**